Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−14293−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William W Schneider                     Pamela Schneider
   417 Lafayette Boulevard                  417 Lafayette Boulevard
   Brigantine, NJ 08203                     Brigantine, NJ 08203

Social Security No.:
   xxx−xx−5057                              xxx−xx−6943

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on August 1, 2016.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 1, 2016
JJW: cmf

                                            James J. Waldron
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-14293-JNP
William W Schneider                                                   Chapter 13
Pamela Schneider
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Aug 01, 2016
                              Form ID: 148             Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2016.
```
db/jdb         +William W Schneider,    Pamela Schneider,    417 Lafayette Boulevard,    Brigantine, NJ 08203-2413
515380999      +American Education Services,    PO Box 61047,    Harrisburg, PA 17106-1047
515381001      +Atlantic Credit and Finance Inc.,    830 Bear Tavern Road,    West Trenton, NJ 08628-1020
515381008      +BSI Financial Services,    314 S Franklin St,    Titusville, PA 16354-2168
515381003       Bank of America,    ATTN: Mercantile Adjustment Bureau LLC,    PO Box 9052,
                 Williamsville, NY 14231-9052
515381007      +Bayberry Villa Condomininum,    171 39th Street,    Brigantine, NJ 08203-3358
515381009      +CACH, LLC,    ATTN: Law Office of Joe Pezzuto, LLC,    4013 E Broadway, Suite A2,
                 Phoenix, AZ 85040-8818
515381021     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot,    PO Box 688966,    Des Moines, IA 50368-8966)
516135949      +Capital One N.A.,    Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
515381010      +Capital One, NA,    PO Box 21887,    Eagan, MN 55121-0887
515381012       Citibank, NA,    ATTN: GC Services Limited Partnership,    PO Box 2667,
                 Houston, TX 77252-2667
515381014      +Clerk Special Civil Part,    Superior Court of New Jersey,    Atlantic County Courthouse,
                 1201 Bacharach Blvd,    Atlantic City, NJ 08401-4526
515404796      +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
515381015      +Dimeglio Septic Inc.,    491 S White Horse Pike,    Hammonton, NJ 08037-9627
515381016       FIA Card Services,    ATTN: Associated Recovery Services,    PO Box 469046,
                 Escondido, CA 92046-9046
515381017       FIA Card Services, NA,    ATTN: Northstar location Services, LLC,    4285 Genesee Street,
                 Cheektowaga, NY 14225-1943
515381018      +GE Capital Retail Bank,    ATTN: Eichenbaum & Stylianou,    10 Forest Ave Suite 300,
                 Paramus, NJ 07652-5238
515381020      +George Mason University,    4400 University Drive,    Fairfax, VA 22030-4444
515381022      +Keates-Plum Funeral Home,    3112 Brigantine Avenue,    Brigantine, NJ 08203-1652
515381023      +Lighthouse Harbor Condominium Assoc,    ATTN: Rumpf Rumpf & Kitrick,    960 Radio Road,
                 Little Egg Harbor, NJ 08087-1604
515381025      +Malik O. Brown,    4503 Bishop Carroll Drive,    Upper Marlboro, MD 20772-6962
515381026      +Meadowview Nursing Home,    235 Dolphin Avenue,    Northfield, NJ 08225-2074
515381027      +National Collegiate Trust,    ATTN: MRS BPO,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
515473380       Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
515381029       Office of Attorney General,    Division of Law,    25 Market Street,    PO Box 112,
                 Trentopn, NJ 08625-0112
515381030      +Paul H. Brown,    6592 E. Stacy Street,    Florence, AZ 85132
515381031      +Richard Inports of Freehold, Inc.,    200 Seven Bridges Road,    Little Silver, NJ 07739-1640
515478327     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,    Division Of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
515381032      +Schumacher Group,    165 Caprise Ct Unit B,    Castle Rock, CO 80109-1559
515381033      +State of New Jersey,    Division of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
515381035      +TD Bank, NA,    600 Passaic Avenue,    West Caldwell, NJ 07006-6706
515381037      +Tulane University Hospital,    PO Box 1629,    Maryland Heights, MO 63043-0629
515381036       Tulane University Hospital,    ATTN: Medicredit, Inc,    PO Box 1629,
                 Maryland Heights, MO 63043-0629
515887828      +US Bank,    attn: Milstead & Associates,    1 East Stow Road,    Marlton, NJ 08053-3118
515381039      +US Bank, NA,    ATTN: Zucker Goldberg & Ackerman, LLC,    200 Sheffield Street, Suite 101,
                 Mountainside, NJ 07092-2315
515381038       Unified CCR LLC - Citibank,    ATTN: Joseph Kennedy, Esquire,    Mullooly Jeffrey Rooney,
                 PO Box 9036,    Syosset, NY 11791-9036
515381040      +Wells Fargo,    PO Box 10368,    Des Moines, IA 50306-0368
515381041      +Wells Fargo Bank,    ATTN: Phelan Hallinan & Schmieg, PC,    400 Fellowship Road, Suite 100,
                 Mt. Laurel, NJ 08054-3437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 01 2016 23:06:09      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 01 2016 23:06:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515380998      +EDI: GMACFS.COM Aug 01 2016 22:48:00      Ally Financial,    PO Box 380901,
                 Bloomingston, MN 55438-0901
515381002       EDI: BANKAMER.COM Aug 01 2016 22:48:00      Bank of America,    PO Box 982235,
                 El Paso, TX 79998
515381005       EDI: BANKAMER.COM Aug 01 2016 22:48:00      Bank of America,    PO Box 15026,
                 WIlmington, DE 19850-5026
515381006       EDI: BANKAMER.COM Aug 01 2016 22:48:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19886-5019
515381004      +EDI: BANKAMER2.COM Aug 01 2016 22:48:00      Bank of America,    PO Box 17054,
                 Wilington, DE 19850-7054
```

```
District/off: 0312-1           User: admin              Page 2 of 2                 Date Rcvd: Aug 01, 2016
                               Form ID: 148             Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515595775       EDI: BL-BECKET.COM Aug 01 2016 22:48:00      Capital One, N.A.,   c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
515381011      +EDI: CHASE.COM Aug 01 2016 22:48:00      Chase Bank NA,    PO Box 15298,
                 Wilmington, DE 19850-5298
515381013      +EDI: CITICORP.COM Aug 01 2016 22:48:00      Citit Platinum Select Card,   Box 6500,
                 Sioux Falls, SD 57117-6500
515381019       EDI: RMSC.COM Aug 01 2016 22:48:00      GE Money Bank/Sams Club,    PO Box 965004,
                 Orlando, FL 32896-5004
515381000      +EDI: CBSKOHLS.COM Aug 01 2016 22:48:00      Kohls,    PO Box 3115,   Milwaukee WI 53201-3115
515381024      +EDI: TSYS2.COM Aug 01 2016 22:48:00      Macys,    PO Box 8218,   Mason, OH 45040-8218
515381028      +EDI: NAVIENTFKASMSERV.COM Aug 01 2016 22:48:00      Navient,    PO Box 9655,
                 Wilkes Barre, PA 18773-9655
515381034      +EDI: RMSC.COM Aug 01 2016 22:48:00      SYNCB/Sams Club,    PO Box 965005,
                 Orlando, FL 32896-5005
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2016 at the address(es) listed below:
```
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
              Joel A. Ackerman    on behalf of Creditor    US Bank, NA as trustee relating to the Chevy Chase
               Bank Funding LLC Mortgage Backed Certificates, Series 2004-4 jackerman@zuckergoldberg.com
              John J. Hutt    on behalf of Debtor William W Schneider huttlaw@hotmail.com
              John J. Hutt    on behalf of Joint Debtor Pamela  Schneider huttlaw@hotmail.com
              Joshua I. Goldman    on behalf of Creditor    US Bank, NA et al... jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Warren S. Jones, Jr.    on behalf of Creditor    CAPITAL ONE, N.A. wsjonesesq@verizon.net,
               bestcasewsj@gmail.com
              Warren S. Jones, Jr.    on behalf of Creditor    US Bank, NA as trustee relating to the Chevy Chase
               Bank Funding LLC Mortgage Backed Certificates, Series 2004-4 wsjonesesq@verizon.net,
               bestcasewsj@gmail.com
                                                                                               TOTAL: 9
```