Form: ICB-12003-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

ISABEL C. BALBOA
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38, SUITE 580
CHERRY HILL, NJ  08002-2977

Order Filed on August 1, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

   WILLIAM W. SCHNEIDER
   PAMELA SCHNEIDER

Debtor(s)

Case No.:    15-14293-JNP

Hearing Date:

Judge:    Jerrold N. Poslusny

# ORDER DISMISSING CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2) through two (2.00) is hereby **ORDERED**.

DATED: August 1, 2016

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2 of 2
Debtor:    WILLIAM W. SCHNEIDER PAMELA SCHN
Case No.: 15-14293-JNP
Caption of Order: ORDER DISMISSING CHAPTER 13 CASE

---

   **THIS MATTER** having come before the court on the confirmation of the debtor(s) Chapter 13 plan, and good cause appearing, it is hereby

**ORDERED** that the the above captioned case is hereby dismissed for the debtor(s) failure to:

   file required schedules, statements, plan and/or summary;

   file a feasible plan, income and/or budget statement;

   provide all required documents to the Trustee;

United States Bankruptcy Court
District of New Jersey

In re:  
William W Schneider  
Pamela Schneider  
    Debtors

Case No. 15-14293-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 1   Date Rcvd: Aug 01, 2016  
                Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2016.  
db/jdb     +William W Schneider,    Pamela Schneider,    417 Lafayette Boulevard,    Brigantine, NJ 08203-2413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2016                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2016 at the address(es) listed below:  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
       summarymail@standingtrustee.com  
       Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  
       Joel A. Ackerman    on behalf of Creditor    US Bank, NA as trustee relating to the Chevy Chase Bank Funding LLC Mortgage Backed Certificates, Series 2004-4 jackerman@zuckergoldberg.com  
       John J. Hutt    on behalf of Debtor William W Schneider huttlaw@hotmail.com  
       John J. Hutt    on behalf of Joint Debtor Pamela  Schneider huttlaw@hotmail.com  
       Joshua I. Goldman    on behalf of Creditor    US Bank, NA et al... jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Warren S. Jones, Jr.    on behalf of Creditor    CAPITAL ONE, N.A. wsjonesesq@verizon.net, bestcasewsj@gmail.com  
       Warren S. Jones, Jr.    on behalf of Creditor    US Bank, NA as trustee relating to the Chevy Chase Bank Funding LLC Mortgage Backed Certificates, Series 2004-4 wsjonesesq@verizon.net, bestcasewsj@gmail.com

                                                                                                TOTAL: 9