UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WARREN S. JONES, JR., ESQ.  #003781980
Law Offices of Warren S. Jones, Jr., LLC
1 Trinity Lane
Mt. Holly New Jersey 08060
(609) 261-8400
Attorneys for Secured Creditor
C.270-056

In Re:

William W. Schneider and Pamela Schneider

**Order Filed on August 23, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.:          15-14293-JNP

Hearing Date:  _____

Judge:      Jerrold N. Poslunsny, Jr.

Chapter:              13

---

Recommended Local Form:        ☐    Followed        ☑    Modified

---

ANNULLING
# ORDER ~~VACATING~~ STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 23, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of U.S. Bank, N.A. as Trustee relating to the Chevy Chase Bank Funding LLC Mortgage Backed Certificates, Series 2004-4 _____, under

Bankruptcy Code sectionu 362(a) cpf "584*f +*6+for relief from the automatic stay"cpf "hqt "rtqurgevkxg tgrkgh as to certain property as"hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is ~~vacated~~ *annulled* to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☑       Real property more fully described as:

 417 Lafayette Blvd, Brigantine, NJ 08203

❑       Personal property more fully described as:

   It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

   The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

   It is further ORDERED that, in addition to foreclosure, this Relief Order permits activity necessary to obtain possession of said collateral; therefore, movant is permitted to engage in loss mitigation activity, including short payoff, short sale and the obtaining of a deed-in-lieu of foreclosure including authorization to negotiate inferior liens. movant is further permitted to send information regarding these loss mitigation options directly to the debtor.

*Rev. 7/1/04; jml*