| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| WARREN S. JONES, JR., ESQ.  #003781980 |
| Law Offices of Warren S. Jones, Jr., LLC |
| 1 Trinity Lane |
| Mt. Holly New Jersey 08060 |
| (609) 261-8400 |
| Attorneys for Secured Creditor |
| C.270-056 |

Order Filed on August 23, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

William W. Schneider and Pamela Schneider

Case No.: _____15-14293-JNP_____

Hearing Date: _____

Judge: _Jerrold N. Poslunsny, Jr._

Chapter: _____13_____

| Recommended Local Form: | ☐ Followed | ☑ Modified |
|---|---|---|

**ORDER ~~VACATING~~ ANNULLING STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 23, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of _____U.S. Bank, N.A. as Trustee relating to the Chevy Chase Bank Funding LLC Mortgage Backed Certificates, Series 2004-4_____, under Bankruptcy Code sections 362(a) and 362(d)(4) for relief from the automatic stay and for prospective relief as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is ~~vacated~~ annulled to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☑  Real property more fully described as:

   417 Lafayette Blvd, Brigantine, NJ 08203

❏  Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

It is further ORDERED that, in addition to foreclosure, this Relief Order permits activity necessary to obtain possession of said collateral; therefore, movant is permitted to engage in loss mitigation activity, including short payoff, short sale and the obtaining of a deed-in-lieu of foreclosure including authorization to negotiate inferior liens. movant is further permitted to send information regarding these loss mitigation options directly to the debtor.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:
William W Schneider
Pamela Schneider
    Debtors

Case No. 15-14293-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1       User: admin       Page 1 of 1       Date Rcvd: Aug 23, 2016
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2016.
db/jdb       +William W Schneider,   Pamela Schneider,   417 Lafayette Boulevard,   Brigantine, NJ 08203-2413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2016                                     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2016 at the address(es) listed below:
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
         Joel A. Ackerman    on behalf of Creditor   US Bank, NA as trustee relating to the Chevy Chase Bank Funding LLC Mortgage Backed Certificates, Series 2004-4 jackerman@zuckergoldberg.com
         John J. Hutt    on behalf of Debtor William W Schneider huttlaw@hotmail.com
         John J. Hutt    on behalf of Joint Debtor Pamela  Schneider huttlaw@hotmail.com
         Joshua I. Goldman    on behalf of Creditor   US Bank, NA et al... jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
         Warren S. Jones, Jr.    on behalf of Creditor   CAPITAL ONE, N.A. wsjonesesq@verizon.net, bestcasewsj@gmail.com
         Warren S. Jones, Jr.    on behalf of Creditor   US Bank, NA as trustee relating to the Chevy Chase Bank Funding LLC Mortgage Backed Certificates, Series 2004-4 wsjonesesq@verizon.net, bestcasewsj@gmail.com
                                                                          TOTAL: 9