Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                             Case No.: 15–14293–JNP
                                             Chapter: 13
                                             Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William W Schneider | Pamela Schneider |
| 417 Lafayette Boulevard | 417 Lafayette Boulevard |
| Brigantine, NJ 08203 | Brigantine, NJ 08203 |

Social Security No.:
  xxx–xx–5057                                    xxx–xx–6943

Employer's Tax I.D. No.:

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 7, 2017</u>              <u>Jerrold N. Poslusny Jr.</u>
                                          Judge, United States Bankruptcy Court